Mr. Chief Justice Marshall
 

 delivered the opinion of the Court, that as by the local laws and practice of Louisiana, questions of fact in civil cases were tried by the Court, unless either of the parties demanded a jury,, the interest upon the original judgment in Massachusetts might be computed, and make a part of the judgment in Louisiana, without a writ of inquiry and the intervention of a jury. And that although the original suit was commenced, by an- attachment, yet that the defendant, Mayhew, had personal notice of the suit, and afterwards appeared and took defence, so that. even, supposing there was any objection to the proceeding by attachment, it was cured, by the appearance of the defendant, and his litigating the suit.
 

 Judgment affirmed.